# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRETT WADE GEYER,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-00439-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 18) |

On January 11, 2022, a stipulation was filed to extend the time for Plaintiff to file an opening brief by a period of sixty (60) days. (ECF No. 18.) The Court finds good cause to grant the stipulated request based on counsel's proffered extraordinary workload.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before **March 14, 2022**;

2. Defendant's opposition brief shall be filed on or before **April 13, 2022**; and

3. Plaintiff's reply, if any, shall be filed on or before **April 28, 2022**.

IT IS SO ORDERED.

Dated:  **January 11, 2022**

                                                UNITED STATES MAGISTRATE JUDGE

1