# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRETT WADE GEYER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1: 21-cv-00439-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 21) |

On March 23, 2022, the parties filed a stipulation requesting the deadline for Defendant to file an opposition brief be extended by a period of thirty (30) days. (ECF No. 21.) The Court finds good cause to grant the thirty (30) day extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline to file Defendant's opposition brief is extended by thirty (30) days.

IT IS SO ORDERED.

Dated: __**March 23, 2022**__　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1