# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRETT WADE GEYER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00439-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 23) |

Jarrett Wade Geyer ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.)

On April 28, 2022, the parties filed a stipulation agreeing to a voluntary remand of this matter "under sentence four of 42 U.S.C. 405(g)." (ECF No. 23.) Pursuant to the terms of the stipulation, the Office of Hearing Operations will remand the case to an administrative law judge ("ALJ") for a new decision and instruct the ALJ to further develop the record, offer Plaintiff the opportunity for a new hearing, as appropriate, re-evaluate the evidence — particularly Plaintiff's allegations, and reassess the residual capacity and step-five findings, as necessary. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of

Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Jarrett Wade Geyer and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  **April 28, 2022**

UNITED STATES MAGISTRATE JUDGE